NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SMITH & NEPHEW, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 940

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0378, Judge T. John Ward.

---

**ON PETITION FOR WRIT OF MANDAMUS**

---

**O R D E R**

Upon consideration of Smith & Nephew, Inc.'s response to this court's September 21, 2010 order,

IT IS ORDERED THAT:

The motion for reinstatement is moot.

FOR THE COURT

OCT 25 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory N. Stillman, Esq.
     Joseph M. Vanek, Esq.
     Clerk, United States District Court for the Eastern
District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 25 2010**

**JAN HORBALY**
**CLERK**